# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 05, 2024

Jennifer Abruzzo
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Ruth E. Burdick
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Seth Goldstein
A Working People's Law Firm
1 WHITEHALL ST 16TH FL
NEW YORK, NY 10004

Micah Prieb Stoltzfus Jost
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Jeanne Ellen Mirer
Mirer, Mazzocchi & Julien, PLLC
150 BROADWAY FL 12
New York, NY 10038

Peter Sung Ohr
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Teresa Poor
National Labor Relations Board

Region 29
ONE METROTECH CTR 20TH FL STE 2000
BROOKLYN, NY 11201

Retu Singla
A Working People's Law Firm
1 WHITEHALL ST 16TH FL
NEW YORK, NY 10004

Kira Dellinger Vol
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Appeal Number: 24-13819-J
Case Style: Amazon.Com Services LLC v. National Labor Relations Board
Agency Docket Number: 29-CA-280153

Cross-Appeal
A cross-appeal has been docketed as to **National Labor Relations Board**. See FRAP 28.1.

Petition for Review/Application for Enforcement
Pursuant FRAP 15(c), you are hereby served with the following document that has been filed in this court:

Cross-Application for Enforcement

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The [Application for Admission to the Bar](#) and [Appearance of Counsel Form](#) are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Record
Pursuant to FRAP 17(a), an agency must file the record within 40 days after being served with the petition for review. See FRAP 16 and 17. Pursuant to FRAP 17(b)(1), the agency must file (1) the original or a certified copy of the entire record or parts designated by the parties; or (2) a certified list adequately describing all documents, transcripts of testimony, exhibits, and other material constituting the record, or describing those parts designated by the parties.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DKT-8X Agency Cross Appeal