

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, D.C. 20570

December 3, 2024

David J. Smith
Clerk of the Court
U.S. Court of Appeals
 for the 11th Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

    Re:  *Amazon.com Services, LLC v. National Labor Relations Board*
          11th Cir. No. 24-13819
          Board Case Nos. 29-CA-280153, 29–CA–286577, 29–CA–287614,
          29–CA–290880, 29–CA–292392 and 29–CA–295663

Dear Mr. Smith:

     I am enclosing the National Labor Relations Board's cross-application for enforcement of its Order against the Petitioner, Amazon.com Services, LLC, in the above-captioned case.

     Please serve a copy of the cross-application on the Petitioner, Amazon.com Services, LLC, whose address appears on the service list. I have served a copy of the cross-application on each party admitted to participate in the Board proceedings, and their names and addresses also appear on the service list.

I am counsel of record for the Board, and all correspondence should be addressed to me. The Board attorneys directly responsible for this case are Kira Dellinger Vol, (202) 273-0656, and Micah P.S. Jost, (202) 273-0264.

    Very truly yours,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Encls.

SERVICE LIST

*Amazon.com Services, LLC v. NLRB*, 11th Cir. No. 24-13819
Board Case Nos. 29-CA-280153, 29–CA–286577, 29–CA–287614,
29–CA–290880, 29–CA–292392 and 29–CA–295663

| | |
|---|---|
| Amber M. Rogers, Esq.<br>Hunton Andrews Kurth LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Phone: (214) 468-3308<br>Fax: (214) 880-0011<br>Email: arogers@huntonak.com | Petitioner's Counsel |
| Kurt G. Larkin, Esq.<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>Phone: (804) 788-8776<br>Fax: (804) 788-8218<br>Email: klarkin@hunton.com | Petitioner's Counsel |
| Elbert Lin, Esq.<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>Phone: (804) 788-8200<br>Fax: (804) 788-8218<br>Email: elin@hunton.com | Petitioner's Counsel |
| Kevin S. Elliker, Esq.<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>Phone: (804) 788-8256<br>Fax: (804) 788-8212<br>Email: kelliker@hunton.com | Petitioner's Counsel |

SERVICE LIST (cont'd)

*Amazon.com Services, LLC v. NLRB*, 11th Cir. No. 24-13819
Board Case Nos. 29-CA-280153, 29–CA–286577, 29–CA–287614,
29–CA–290880, 29–CA–292392 and 29–CA–295663

| | |
|---|---|
| Felipe Santos, General Manager<br>Amazon.com Services, Inc.<br>546 Gulf Avenue<br>Staten Island, NY 10314<br>Phone: (855) 579-1766<br>Mobile: (855) 579-1766 | Petitioner |
| Seth Lewis Goldstein, Esq.<br>Law Offices of Seth Goldstein<br>217 Hadleigh Drive<br>Cherry Hill, NJ 08003<br>Phone: (646) 460-1309<br>Email: sgold352002@icloud.com | Charging Party's Counsel |
| Dana Joann Miller<br>23 Prospect Avenue<br>Staten Island, NY 10301<br>Phone: (407) 233-8166<br>Email: danamoot@yahoo.com | Charging Party |

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| AMAZON.COM SERVICES, LLC | ) | |
| | ) | No. 24-13819 |
| Petitioner | ) | |
| | ) | |
| v. | ) | Board Case Nos. 29-CA-280153, |
| | ) | 29–CA–286577, 29–CA–287614, |
| NATIONAL LABOR RELATIONS BOARD | ) | 29–CA–290880, 29–CA–292392 |
| | ) | and 29–CA–295663 |
| Respondent | ) | |

## CROSS-APPLICATION FOR ENFORCEMENT
## OF AN ORDER OF THE
## NATIONAL LABOR RELATIONS BOARD

    The National Labor Relations Board hereby cross-applies to the Court for enforcement of its Order issued against Amazon.com Services, LLC on November 13, 2024 in Board Case Nos. 29–CA–280153, 29–CA–286577, 29–CA–287614, 29–CA–290880, 29–CA–292392 and 29–CA–295663, reported at 373 NLRB No. 136.  On November 21, 2024, the Petitioner, Amazon.com Services, LLC, filed a petition with this Court to review the same Board Order.  The Board seeks enforcement of its Order in full.

    The Court has jurisdiction over this cross-application pursuant to Section 10(e) and (f) of the National Labor Relations Act (29 U.S.C. § 160(e) and (f)) because the Petitioner is aggrieved by the Board's Order.  Venue is proper in this Circuit under Section 10(e) and (f) of the Act.

                                      /s/ Ruth E. Burdick
                                      Ruth E. Burdick
                                      Deputy Associate General Counsel
                                      NATIONAL LABOR RELATIONS BOARD
                                      1015 Half Street, SE
                                      Washington, DC 20570
                                      (202) 273-2960

Dated at Washington, DC
this 3rd day of December 2024