# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 27, 2025

Ruth E. Burdick
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Kevin S. Elliker
Hunton Andrews Kurth, LLP
951 E BYRD ST
RICHMOND, VA 23219

Julie Gutman Dickinson
Bush Gottlieb
801 N BRAND BLVD STE 950
GLENDALE, CA 91203

Micah Prieb Stoltzfus Jost
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Kurt G. Larkin
Hunton Andrews Kurth, LLP
951 E BYRD ST
RICHMOND, VA 23219

Elbert Lin
Hunton Andrews Kurth, LLP
951 E BYRD ST
RICHMOND, VA 23219

Amber Rogers
Hunton Andrews Kurth, LLP
1445 ROSS AVE STE 3700
DALLAS, TX 75202

Kira Dellinger Vol
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Appeal Number:  24-13819-JJ
Case Style:  Amazon.Com Services LLC v. National Labor Relations Board
Agency Docket Number:  29-CA-280153

The enclosed order has been ENTERED.

Intervenor Certificate of Interested Persons (CIP) requirements
A motion for leave to intervene in this case has been granted. **Intervenor(s) must file a CIP and complete the web-based CIP within 28 days from the date of this notice. See 11th Cir. R. 26.1-1(a)(3) and 26.1-1(b).**

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at <u>www.pacer.gov</u>. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action