# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13819

_____

AMAZON.COM, SERVICES LLC,

                                                                                                 Petitioner-Cross Respondent,

*versus*

NATIONAL LABOR RELATIONS BOARD,

                                                                                                 Respondent-Cross Petitioner.

_____

Petition for Review of a Decision of the
National Labor Relations Board
Agency No. 29-CA-280153

_____

ORDER:

The motion of Amazon Labor Union No. 1, International Brotherhood of Teamsters to intervene as a respondent is GRANTED.

/s/ Embry J. Kidd
UNITED STATES CIRCUIT JUDGE