No. 24-13819

In the

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

AMAZON.COM SERVICES, LLC,
*Petitioner-Cross Respondent,*

versus

NATIONAL LABOR RELATIONS BOARD,
*Respondent-Cross Petitioner.*

AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
*Intervenor.*

On petition for review and cross-application for enforcement of an order of the National Labor Relations Board

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Stephanie A. Maloney
Jordan L. Von Bokern
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
T: (202) 463-5337

*Counsel for the Chamber of Commerce of the United States of America*

Bryan Killian
Andrew R. Hellman
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202-739-3000
bryan.killian@morganlewis.com

*Counsel for All Amici*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Eleventh Circuit Rules 26.1-1 through 26.1-3, and Federal Rule of Appellate Procedure 26.1, in addition to the persons and entities listed in the Certificates of Interested Persons (CIP) filed on November 22, 2024 (dkt. 3), March 12, 2025 (dkt. 34), and March 14, 2025 (dkt. 37), and the CIP within Petitioner-Cross-Respondent's Principal Brief, filed March 12, 2025 (dkt. 36) the following is a complete supplemental list of all persons and entities that have an interest in the outcome of this case:

- Associated Builders and Contractors, the Coalition for a Democratic Workplace, *Amicus Curiae*

- Chamber of Commerce of the United States of America, *Amicus Curiae*

- Morgan Lewis Bockius LLP, Counsel for All *Amici*
    - Hellman, Andrew R.
    - Killian, Bryan

- National Federation of Independent Business Small Business Legal Center, Inc., *Amicus Curiae*

- National Retail Federation, *Amicus Curiae*

- U.S. Chamber Litigation Center, Counsel for *Amicus Curiae* the Chamber of Commerce of the United States of America

    o Maloney, Stephanie A.

    o Von Bokern, Jordan L.

Further, *Amici Curiae* the Chamber of Commerce of the United States of America, Associated Builders and Contractors, the Coalition for a Democratic Workplace, the National Federation of Independent Business Small Business Legal Center, Inc., and the National Retail Federation state that they are not publicly held corporations, that they do not have parent corporations, and that no publicly held corporation owns 10% or more of their stock.

Dated: March 20, 2025                /s/ Bryan Killian
                                     Bryan Killian
                                     *Counsel for All Amici*

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 20, 2025 /s/ Bryan Killian