In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 24-13819

————————————————

AMAZON.COM, SERVICES LLC,

                                                    Petitioner-Cross
                                                        Respondent,

*versus*

NATIONAL LABOR RELATIONS BOARD,

                                                    Respondent-Cross
                                                        Petitioner.


AMAZON   LABOR   UNION   NO.   1,   INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

                                                        Intervenor.

_____

Petition for Review of a Decision of the
National Labor Relations Board
Agency No. 29-CA-280153

_____

ORDER:

     The motion for an extension of time to and including June 10, 2025 for the National Labor Relations Board ("the Board"), to file a reply to response to Amazon.com Services LLC's response to the Board's motion to strike is GRANTED.



/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE