# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13819

_____

AMAZON.COM, SERVICES LLC,

                                                            Petitioner-Cross
                                                                  Respondent,

*versus*

NATIONAL LABOR RELATIONS BOARD,

                                                            Respondent-Cross
                                                                Petitioner.

AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

                                                                        Intervenor.

―――――――――――――――

Petition for Review of a Decision of the
National Labor Relations Board
Agency No. 29-CA-280153

―――――――――――――――

ORDER:

"Motion of the National Labor Relations Board to Strike Arguments the Court Lacks Jurisdiction to Consider" and "Intervenor's Joinder in National Labor Relations Board's Motion to Strike" are CARRIED WITH THE CASE.

The stay of the briefing schedule in this Court's May 12, 2025 order is LIFTED.


/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE