# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

_____

AMAZON.COM SERVICES, LLC

    Petitioner/Cross-Respondent

v.

NATIONAL LABOR RELATIONS BOARD

    Respondent/Cross-Petitioner

_____

No. 24-13819

Board Case Nos. 29-CA-280153, 29-CA-286577, 29-CA-287614, 29-CA-290880, 29-CA-292392 and 29-CA-295663

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, the National Labor Relations Board ("NLRB"), by its Deputy Associate General Counsel, certifies that the persons and entities listed below have an interest in the outcome of this case.

1. Amazon.com, Inc. (NASDAQ: AMZN)
2. Amazon.com Sales, Inc.
3. Amazon.com Services LLC
4. Amazon Labor Union - Charging Party
5. Burdick, Ruth E. - Counsel for the NLRB
6. Cabrera, Emily - Regional Attorney, Region 29, NLRB
7. Cahn, Stephanie – Acting Deputy General Counsel, NLRB
8. Cowen, William B. – Acting General Counsel, NLRB
9. Elliker, Kevin of HAK - Counsel for Amazon

10. Enjamio, Juan C. of HAK – Counsel for Amazon

11. Green, Benjamin - Administrative Law Judge

12. Goldstein, Seth Lewis - Counsel for Charging Parties

13. Hunton Andrews Kurth LLP ("HAK") - Counsel for Amazon

14. Jason, Meredith - Assistant General Counsel, NLRB

15. Jost, Micah - Counsel for the NLRB

16. Julien Mirer & Singla, PLLC - Counsel for Charging Parties

17. Kaplan, Marvin E. - Board Member, NLRB

18. Larkin, Kurt of HAK - Counsel for Amazon

19. Law Office of Seth Goldstein - Counsel for Charging Parties

20. Lin, Elbert of HAK - Counsel for Amazon

21. McFerran, Lauren M. - Chairman, NLRB

22. Miller, Dana Joanne - Charging Party

23. Mirer, Jeanne - Counsel for Charging Parties

24. National Labor Relations Board (NLRB) - Respondent/Cross-Petitioner

25. Ohr, Peter Sung - Associate General Counsel, NLRB

26. Poor, Teresa - Regional Director, NLRB Region 29

27. Prouty, David M. - Board Member, NLRB

28. Region 29 of the NLRB

29. Rogers, Amber of HAK - Counsel for Amazon

30. Singla, Retu - Counsel for Charging Parties

31. Spence, Connor - Charging Party

32. Tooker, Lynda – Regional Attorney, Region 29, NLRB

33. Vol, Kira Dellinger - Counsel for the NLRB

34. Wilcox, Gwynne A. - Board Member, NLRB

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570-0001
(202) 273-2960

Dated at Washington, DC
this 1st day of August 2025

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |  |
|---|---|---|
| AMAZON.COM SERVICES LLC | ) ) ) | |
| Petitioner/Cross-Respondent | ) ) | No. 24-13819 |
| v. | ) ) ) ) | |
| NATIONAL LABOR RELATIONS BOARD | ) ) ) | |
| Respondent/Cross-Petitioner | ) ) | |

## UNOPPOSED MOTION OF THE
## NATIONAL LABOR RELATIONS BOARD FOR AN EXTENSION OF
## TIME TO FILE ITS RESPONSIVE BRIEF

To the Honorable, the Judges of the United States
 Court of Appeals for the Eleventh Circuit:

The National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, respectfully submits this unopposed motion for a 45-day extension of time to file its responsive brief, through and including September 29, 2025. In support of its motion, the Board shows as follows:

1. After receiving a 30-day extension of time, Amazon.com Services LLC ("Amazon") filed its opening brief on March 12. Amici curiae Chamber of Commerce, et al. filed a brief on March 19. The date for filing the Board's responsive brief was postponed pursuant to 11th Cir. R. 31-1(d) while the Court considered a jurisdictional question the Court raised sua sponte.

2. On May 2, the Board filed a motion, joined by the Intervenor Amazon Labor Union No. 1, International Brotherhood of Teamsters ("the Union"), to strike arguments the Court lacks jurisdiction to consider from the briefs of Amazon and its amici. The Court granted the Board's concurrently filed motion to stay the briefing schedule pending resolution of the motion to strike.

3. On July 16, the Court issued an order that the Board's motion to strike and the Union's joinder are carried with the case. The Court also lifted the stay of the briefing schedule. Accordingly, the Board's brief is now due August 15.

4. Micah Jost, the Board attorney with primary responsibility for preparing the Board's brief in this case, has an August 22 brief-filing deadline in *Starbucks Corp. v. NLRB*, No. 24-60651 (5th Cir.), which was already extended. Mr. Jost was also primarily responsible for preparing the Board's petition for rehearing en banc in *International Longshore & Warehouse Union v. NLRB*, Nos. 23-632, 23-658, 23-780, 23-793 (9th Cir.), which was filed July 31. Kira Vol, the supervisory attorney on this case, is also assigned to those cases. In addition, she is supervising preparation of another brief due August 15 in *Starbucks v. NLRB*, 5th Cir. No. 24-60653.

5. Mr. Jost was required to take unanticipated sick leave this week due to illness, and he will be out of the office on previously scheduled leave from August

1 to August 11. Ms. Vol was on leave from July 21 through July 24, and she will be on previously planned leave for the last week of August.

6. Because the Board's motion to strike arguments the Court lacks jurisdiction to consider is carried with the case, the Board must now respond to those arguments, which occupy the bulk of Amazon's brief and the entirety of amici's brief, and involve weighty and complex issues under the First Amendment. The Board requires additional time to prepare its response to those arguments.

7. For the foregoing reasons, it will not be possible for Board counsel, with due diligence and giving priority to the preparation of the brief in this case, to meet the August 15 deadline.

8. Counsel for Amazon and intervenor Amazon Labor Union No. 1, International Brotherhood of Teamsters have stated that they do not oppose this request.

WHEREFORE, the Board respectfully requests that the Court grant this unopposed motion for a 45-day extension to file the Board's responsive brief, through and including September 29, 2025.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 1st day of August 2025

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |
|---|---|
| AMAZON.COM SERVICES LLC ) ) ) Petitioner/Cross-Respondent ) ) v. ) ) ) NATIONAL LABOR RELATIONS BOARD ) ) Respondent/Cross-Petitioner ) ) | No. 24-13819 |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that its motion contains 554 words of proportionally spaced, 14-point type, and the word-processing system used was Microsoft Word for Office 365.

                                         /s/ Ruth E. Burdick
                                         Ruth E. Burdick
                                         Deputy Associate General Counsel
                                         NATIONAL LABOR RELATIONS BOARD
                                         1015 Half Street, SE
                                         Washington, DC 20570
                                         (202) 273-2960

Dated at Washington, DC
this 1st day of August 2025

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |  |
|---|---|---|
| AMAZON.COM SERVICES LLC | ) ) ) | |
| Petitioner/Cross-Respondent | ) ) ) | No. 24-13819 |
| v. | ) ) ) ) | |
| NATIONAL LABOR RELATIONS BOARD | ) ) ) | |
| Respondent/Cross-Petitioner | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, DC
this 1st day of August 2025