# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 24-13819

————————————————

AMAZON.COM, SERVICES LLC,

*Petitioner-Cross Respondent,*

*versus*

NATIONAL LABOR RELATIONS BOARD,

*Respondent-Cross Petitioner,*

AMAZON LABOR UNION NO. 1, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

*Intervenor.*

————————————————

Petition for Review of a Decision of the
National Labor Relations Board
Agency No. 29-CA-280153

————————————————

ORDER:

Respondent's motion to strike arguments from Petitioner's
briefs is CARRIED WITH THE CASE.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION